Orell L. Mueller, Plaintiff-Appellant, v. Simone Mueller, alias, etc., Defendant-Appellee.

**Gen. No. 11,365.**

Second District, First Division.

April 18, 1960.

William H. Murphy, for plaintiff-appellant; Gerald R. Weeks, for defendant-appellee. No brief filed for appellee. Opinion by JUSTICE SPIVEY. **Not to be published in full.**